UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| ALEJANDRO GUERRERO GUEVARA, | ) |
| Petitioner, | ) ) ) |
| v. | ) No. 2:25-cv-00595-MPB-MKK |
| BRISON SWEARINGEN in his official capacity as Sheriff of the Clay County Justice Center, et al., | ) ) ) ) |
| Respondents. | ) |

**Order Directing Clerk to Issue Amended Final Judgment**

The Court granted Petitioner's petition for a writ of habeas corpus on December 16, 2025, and issued final judgment that same day. Dkts. 12, 13. The final judgment, however, did not specify the relief that was awarded. *See Johnson v. Acevedo*, 572 F.3d 398, 400 (7th Cir. 2009). Accordingly, **the clerk is directed** to issue an amended final judgment consistent with the Court's order granting the petition.

**So Ordered.**

Dated: January 22, 2026

_____
Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Distribution:

All Electronically Registered Counsel